### 20123. COLEMAN *v.* HUNSUCKER.

CANDLER, Justice. The exception here is to a judgment overruling a general demurrer to a petition which sought specific performance of a contract for the purchase and sale of realty.

The petition alleges in substance the following facts: On September 6, 1956, the defendant agreed in writing to sell the plaintiff a described tract of land for $5,500. Of that amount $2,000 was paid in cash, and the balance was to be paid in ten years by monthly instalments of $38.86 each. The plaintiff is "now ready, able and willing to tender" the balance due on the contract upon the defendant executing to him a warranty deed in accordance with the provisions of said sales contract. *Held:*

Since the petition affirmatively shows that the plaintiff has not paid the defendant the full amount of the agreed purchase-price for the realty involved nor made to him an unconditional tender of such amount, he is in no position to ask a court of equity to decree specific performance of the sale contract. Hence, the petition failed to state a cause of action for the relief sought, and the court erred in overruling a general demurrer to it.

*Judgment reversed. All the Justices concur.*

ARGUED JULY 15, 1958—DECIDED SEPTEMBER 5, 1958.

*James M. Roberts*, for plaintiff in error.
*Glyndon C. Pruitt, Woodrow Tucker*, contra.